**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Robert Harvey WASHBURN, Defendant—Appellant.**

No. 07–30471.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2009.*

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Filed Feb. 26, 2009.

Gary Y. Sussman, Esq., Office of the U.S. Attorney Mark O. Hatfield, Portland, OR, for Plaintiff–Appellee.

Christopher J. Schatz, Esq., Federal Public Defender's Office, Portland, OR, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Robert Harvey Washburn appeals from the 151–month sentence imposed on remand following his guilty-plea conviction for bank robbery, in violation of 18 U.S.C. § 2113(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Washburn contends that the district court procedurally erred by failing to adequately explain why it rejected his request for a downward departure and variance. We conclude that the district court did not procedurally err. *See United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc).

Washburn also contends that his sentence is substantively unreasonable because the district court sentenced him as a career offender. Given the totality of the circumstances, we conclude that Washburn's sentence is not substantively unreasonable. *See id.* at 993.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

